Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
The Fuller Law Firm, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852
Attorneys for Debtors

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 12-50361-CN |
| SARAMINO DEVELOPMENT, LLC | **WITHDRAWAL OF DOCUMENTS** |
| Debtors | CHAPTER 7 |

**TO: MOHAMED POONJA AND THE U.S. TRUSTEE:**

**PLEASE TAKE NOTICE** that Debtor, Saramino Development, LLC by and through its Attorneys, The Fuller Law Firm, P.C. hereby withdraws "Proof of Claim 11" electronically filed on August 2, 2013, court claim number 11.

Dated: August 5, 2013

                                                                      THE FULLER LAW FIRM, P.C.

                                                         By: _/s/ Lars T. Fuller_
                                                                Lars T. Fuller
                                                             Attorney for Debtors