**Entered on Docket**
**September 24, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**The following constitutes the order of the court. Signed September 24, 2013**

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: SARAMINO DEVELOPMENT, LLC , Debtor. | Case No. 12-50361 CN<br>Chapter 11<br>**ORDER AFTER HEARING ON APPLICATION FOR COMPENSATION** |
|---|---|

On September 18, 2013, the Court conducted a hearing on the Fuller Law Firm's Application for Compensation. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Creditor Michael Wasserburger's counsel shall file and serve a declaration detailing his grounds for objection by **October 25, 2013.**
2. Debtor's counsel may file and serve a declaration in response by **November 8, 2013**.
3. The parties may also file and serve a memorandum of law (not to exceed five pages) with their declaration.

*** * * END OF ORDER * * ***

Case No. 12-50361 CN

**COURT SERVICE LIST**

Saramino Development, LLC
858 Harrison Ave.
Campbell, CA 95008