

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtors

The following constitutes
the order of the court. Signed October 8, 2014

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 12-50361-CN |
| SARAMINO DEVELOPMENT, LLC | A.P. No.: 14-5092 |
| Debtor. | A.P. No.: 14-5093 |
| | CHAPTER 7 |
| | **ORDER RELIEVING COUNSEL** |
| MICHAEL WASSERBURGER, ARIANA WASSERBURGER, MATH ENRICHMENT, LLC, | |
| Plaintiffs | Date: October 7, 2014
Time: 11:00 AM
Place: 280 South First Street
San Jose, CA 95113
Judge: Hon. Charles Novack |
| v. | |
| SARAMINO DEVELOPMENT LLC, IFTIKHAR AHMED, FARAH FARUQUI, DOES 1-20, | |
| Defendants | |

At The time and place set forth above, the court heard the MOTION TO BE RELIEVED AS COUNSEL filed by The Fuller Law Firm, PC.

Sam Taherian, Esq., appeared on behalf of the moving party.

Upon review of the moving papers and considering the arguments, the court has ruled as follows:

1) As to the main bankruptcy case, No. 12-50361-CN, the motion is GRANTED. The Fuller Law Firm, P.C. is relieved as counsel for Debtor Saramino Development, LLC. Contact information for the debtor is as follows:

SARAMINO DEVELOPMENT, LLC
C/O IFTIKHAR AHMED, AGENT FOR SERVICE OF PROCESS
858 HARRISON AVE.
CAMPBELL, CA 95008-0118
(408) 421-1296

2) As to the adversary proceedings 14-5092 and 14-5093, inasmuch as moving party has not appeared for the Debtor/Defendant in those proceedings, the motion is DENIED as unnecessary.

\*\*\*END OF ORDER\*\*\*

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

**COURT SERVICE LIST**

All recipients.