1 | TROUTMAN SANDERS LLP
Penelope Parmes (SBN 104774)
2 | Meghan Canty Sherrill (SBN 259487)
5 Park Plaza, Suite 1400
3 | Irvine, CA 92614-2545
T: (949) 622-2700
4 | F: (949) 622-2739
E: penelope.parmes@troutmansanders.com
5 |    meghan.sherrill@troutmansanders.com

The following constitutes
the order of the court. Signed October 17, 2014

*M. Elaine Hammond*
M. Elaine Hammond
U.S. Bankruptcy Judge

6 | Attorney for Movant California Bank & Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

SARAMINO DEVELOPMENT, LLC,

Debtor.

Case No. 12-50361

Chapter 7

**ORDER GRANTING EX PARTE MOTION TO REDACT PERSONAL IDENTIFIERS ON A PROOF OF CLAIM**

Upon consideration of the Ex Parte Motion to Redact Personal Identifiers on a Proof of Claim ("Motion"), filed by California Bank & Trust ("Movant"), and good cause appearing,

IT IS ORDERED that the that the Motion is granted and the Movant is authorized and instructed to file an amended version of Claim 2-1, as identified and defined in the Motion, and the Clerk is hereby directed to restrict public access to the originally filed Claim 2-1 in order to keep all personal data identifiers disclosed therein confidential.

**END OF ORDER**

Active 22543192v1 244429.000009

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | None (all parties served via ECF). |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |